UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RED OAK CAPITAL GROUP, LLC, et al.,

    Plaintiffs/Counter-Defendants             Case No:  1:20-cv-00314

v                                                            HON. ROBERT J. JONKER

RED OAK PARTNERS, LLC,

    Defendant/Counter-Plaintiff.

---

| | |
|---|---|
| Thomas A. Kuiper (P47285)<br>Kuiper Kraemer PC<br>Attorneys for Plaintiffs/Counter-Defendants<br>180 Monroe NW, Suite 400<br>Grand Rapids, MI  49503<br>(616) 454-3700<br>kuiper@k2legal.com | Jeffrey A. Lindenbaum<br>Michael Nesheiwat<br>Collen IP<br>Attorneys for Defendant/Counter-Plaintiff<br>The Holyoke-Manhattan Building<br>80 South Highland Avenue<br>Ossining, New York  10562<br>(914) 941-5668<br>jlindenbaum@collenip.com<br>mnesheiwat@collenip.com |

---

## NOTICE OF SELECTION OF MEDIATOR

      The parties have jointly selected the following individual to serve as the Facilitative Mediator in this case:

    Terence J. Linn
    Gardner Linn Burkhart & Ondersma LLP
    2900 Charlevoix Dr SE Ste 300
    Grand Rapids, MI 49546-7049
    (616) 975-5500
    linn@gardner-linn.com

                                                            KUIPER KRAEMER PC

Dated:  June 9, 2020                       By:    /s/ Thomas A. Kuiper
                                                        Thomas A. Kuiper (P47285)
                                                        Attorney for Defendant/Counter-Plaintiff
                                                 BUSINESS ADDRESS:
                                                        180 Monroe NW, Suite 400
                                                        Grand Rapids, MI  49503
                                                        (616) 454-3700